IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Emily Buchanan | Date:         November 10, 2015 |
| Court Reporter:      Gwen Daniel | Probation:   Kyla Hamilton |
| | Time:         1 hour and 16 minutes |

_____

Criminal Action No. 15-cr-00253-WJM        _Counsel:_

UNITED STATES OF AMERICA,                 Daniel Burrows

     Plaintiff,

v.

1. STEPHANIE BIRELY,                       David Johnson

     Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

2:03 p.m.       Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Government withdraws its objection to the Presentence Investigation Report. It is **ORDERED** that the objection is overruled as moot.

Argument by Mr. Johnson regarding Defendant's Motion for Below-Guideline Downward Variance Sentence.

Response by Mr. Burrows.

1

Reply by Mr. Johnson.

Statement by Ms. Hamilton.

Statement by the defendant.

**ORDERED:** Defendant's Motion for Below-Guideline Downward Variance Sentence (Doc. No. 25) is **GRANTED**.

Statement by Mr. Burrows.

Statement by Mr. Johnson.

> Defendant plead guilty to Count One of the Information on August 5, 2015.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Stephanie Birely is hereby sentenced to a period of probation for 60 months.  After she has been on Probation for a minimum of 36 months, the Defendant may file a motion with the Court for the early termination of Probation if she has paid in full her Restitution and Fine obligations under the Court's Judgment.**

**ORDERED:** **Defendant shall pay a fine of $1,000 into the Crime Victims Fund. The Court waives the payment of any interest on this fine amount.**

**ORDERED:** **While on probation the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on probation and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Probation:**

**1.   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation**

    officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

2. As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.

3. If the defendant has an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.

4. The defendant shall document all income and compensation generated or received from any source and shall provide such information to the probation officer as requested.

5. The defendant shall not cause or induce anyone to conduct any financial transaction on her behalf or maintain funds on her behalf.

6. The defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.

7. Pursuant to 18 U.S.C. § 3563(b)(2), it is ordered that the defendant make restitution to the victim, the United States Social Security Administration, in the amount of $65,795.00. The Court waives the interest requirement for the restitution.

**ORDERED:** The Special Assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:** The Special Assessment, Restitution and Fine obligations are due immediately. Any unpaid Restitution and Fine balance at the time of entry of Judgment in this case shall be paid in monthly installment payments during the term of Probation of not less than 10% of the Defendant's gross household monthly income. Within 15 days after

    **entry of Judgment the Defendant shall meet with the Probation Officer to develop a plan for the payment of the unpaid portion of her financial obligations under the Court's Judgment. This Plan will be based upon the Defendant's income and expenses. The Plan will be forwarded to the Court for review and approval.**

The defendant is advised of her right to appeal her conviction as well as the sentence imposed except in very limited circumstances.

**ORDERED:   Defendant's bond is exonerated.**

3:19 p.m. Court in Recess
Hearing concluded
Time:  1 hour and 16 minutes